**Craig Crispin, OSB No. 82485**
crispin@employmentlaw-nw.com
Crispin Employment Lawyers
1834 S.W. 58th Avenue, Suite 200
Portland, Oregon 97221-1455
Telephone: (503) 293-5770
Fax: (503) 293-5766
    Attorneys for Plaintiff Katie J. Williams

**Michael Porter, P.C., OSB No. 003560**
mike.porter@millernash.com
**Naomi L. Levelle-Haslitt, OSB No. 075857**
naomi.levelle-haslitt@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155
    Attorneys for Defendant Odwalla, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| KATIE J. WILLIAMS, | CV No. CV10-691-BR |
| Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | |
| ODWALLA, INC., a foreign business corporation, | |
| Defendant. | |

Page 1 -    Stipulated Judgment of Dismissal

The parties hereby stipulate, by and through their respective attorneys, that judgment be entered dismissing plaintiff's claims with prejudice and without costs or attorney fees to any party.

**IT IS SO STIPULATED:**

| CRISPIN EMPLOYMENT LAWYERS | MILLER NASH LLP |
|---|---|
| s/ CRAIG A. CRISPIN | *(signature)* |
| Mr. Craig Crispin, OSB No. 82485 | Michael Porter, P.C., OSB No. 003560 |
| crispin@employmentlaw-nw.com | mike.porter@millernash.com |
| Crispin Employment Lawyers | Naomi L. Levelle-Haslitt, OSB No. 075857 |
| 1834 S.W. 58th Avenue, Suite 200 | naomi.levelle-haslitt@millernash.com |
| Portland, Oregon 97221-1455 | 3400 U.S. Bancorp Tower |
| (503) 293-5770 | 111 S.W. Fifth Avenue |
| (503) 293-5766 (Fax) | Portland, Oregon 97204-3699 |
| | (503) 224-5858 |
| | (503) 224-0155 (Fax) |
| Attorney for Plaintiff Katie J. Williams | |
| | Attorneys for Defendant Odwalla, Inc. |

Submitted By:

Mr. Craig Crispin
Crispin Employment Lawyers
1834 S.W. 58th Avenue, Suite 200
Portland, Oregon 97221-1455

## ORDER

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: 12/14/2010

_____
Anna J. Brown
United States District Court Judge

Page 2 -   Stipulated Judgment of Dismissal